AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| Sun Bright Assets N.V., a Netherlands limited liability company; and Sun Bright (USA) Inc., a Delaware corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Geoffrey K. Auyeung, an individual; Sea Forest International, LLC; a Washington limited liability company; (See attachment #1) <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 2:24-cv-10249 -CAS (BFMx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Geoffrey K. Auyeung, an individual;
6646 136th Ct SE
Newcastle, WA 98059, United States

(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Gerard Fox Law, P.C.
Gerard P. Fox
1880 Century City Park E #1410
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/26/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-10249-CAS (BFMx)

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

1  GERARD P. FOX (SBN 151649)
   gfox@gerardfoxlaw.com
2  GERARD FOX LAW P.C.
   1880 Century Park East, Suite 1410
3  Los Angeles, CA 90067
   Telephone:   (310) 441-0500
4  Facsimile:   (310) 441-4447

5  Attorney for Plaintiffs
   Sun Bright Assets N.V.
6  & Sun Bright (USA) Inc.

7

                    **UNITED STATES DISTRICT COURT**

8

                    **CENTRAL DISTRICT OF CALIFORNIA**

9

10  SUN BRIGHT ASSETS N.V., a                Case No. 2:24-cv-10249
    Netherlands limited liability company;
11  and SUN BRIGHT (USA) Inc., a
    Delaware corporation,                    **COMPLAINT FOR:**
12
                    Plaintiffs,              **(1) BREACH OF CONTRACT; (2)**
13                                           **BREACH OF IMPLIED COVENANT**
                    v.                       **OF GOOD FAITH AND FAIR**
14                                           **DEALING; (3) BREACH OF NON-**
    GEOFFREY K. AUYEUNG, an                  **DISCLOSURE AGREEMENT; (4)**
15  individual; SEA FOREST                   **BREACH OF PARTNERSHIP**
    INTERNATIONAL, LLC; a Washington         **AGREEMENT; (5) BREACH OF**
16  limited liability company; NAVIGATOR     **FIDUCIARY DUTIES; (6) FRAUD;**
    ENERGY LOGISTICS, LLC, a                 **(7) FRAUDULENT**
17  Washington limited liability company;    **CONCEALMENT; (8) FALSE**
    TERMINAL LOGISTICS                       **PROMISE; (9) INTENTIONAL**
18  INTERNATIONAL ESCROW                     **MISREPRESENTATION; (10)**
    SERVICE, LLC, a Washington limited       **FRAUDULENT INDUCEMENT; (11)**
19  liability company; APEX OIL AND GAS      **NEGLIGENT**
    TRADING, LLC, a Washington limited       **MISREPRESENTATION; (12)**
20  liability company; ANTONIO               **INTENTIONAL INTERFERENCE**
    TREVINO MARTINEZ, an individual;         **WITH CONTRACTUAL**
21  A&A ENERGY, OIL AND GAS, LLC, a          **RELATIONS; (13) INDUCING**
    Florida limited liability company;       **BREACH OF CONTRACT; (14)**
22  PEDRO VICENTE SAN JUAN, an               **CONSTRUCTIVE FRAUD; (15)**
    individual; EDUARDO MARTIN               **CONVERSION; (16) VIOLATION OF**
23  ALMADA, an individual; and DOES 1-       **CAL. BUS. & PROF. CODE**
    10, inclusive,                           **SECTION 17200 ET SEQ.; (17)**
24                                           **SECURITIES FRAUD; (18)**
                    Defendants.              **CONSPIRACY; (19) AIDING &**
25                                           **ABETTING**

26

27                                           **DEMAND FOR JURY TRIAL**

28

─────────────────────────────────────────────
                        COMPLAINT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SUN BRIGHT ASSETS N.V., et al. v. GEOFFREY K. AUYEUNG, et al.
Case No.: 2:24-cv-10249
ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

GEOFFREY K. AUYEUNG
6646 136th Ct SE
Newcastle, WA 98059, United States

SEA FOREST INTERNATIONAL, LLC
6947 Coal Creek Pkwy SE # 101
Newcastle, WA 98059-3136, United States

NAVIGATOR ENERGY LOGISTICS, LLC
6947 Coal Creek Pkwy SE # 101
Newcastle, WA 98059-3136, United States

TERMINAL LOGISTICS INTERNATIONAL ESCROW SERVICE, LLC
6947 Coal Creek Pkwy SE # 101
Newcastle, WA 98059-3136, United States

APEX OIL AND GAS TRADING, LLC
6947 Coal Creek Pkwy SE # 101
Newcastle, WA 98059-3136, United States

ANTONIO TREVINO MARTINEZ
CAMINO DE LOS QUETZALES 528 MONTERREY, MX 64634 MX

A&A ENERGY, OIL AND GAS, LLC
Registered Agent: RCG Accounting & Associates Inc
9000 Sheridan Street, Suite 138
Pembroke Pines, FL 33024

PEDRO VICENTE SAN JUAN
C/ Zurbano 10 3ºIZ, Madrid – 28010, Spain

EDUARDO MARTIN ALMADA
Province of Buenos Aires, Capital Federal, Calle Bacacay 2544 apartment N° 38; Republic of Argentina