1  GERARD P. FOX (SBN 151649)
   gfox@gerardfoxlaw.com
2  GERARD FOX LAW P.C.
   1880 Century Park East, Suite 1410
3  Los Angeles, CA 90067
   Telephone:   (310) 441-0500
4  Facsimile:   (310) 441-4447

5  Attorney for Plaintiffs
   Sun Bright Assets N.V.
6  & Sun Bright (USA) Inc.

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

| 10 | SUN BRIGHT ASSETS N.V., a Netherlands limited liability company; and SUN BRIGHT (USA) Inc., a Delaware corporation, | Case No. 2:24-cv-10249-MWC-BFM |
|---|---|---|
| 11 | | |
| 12 | | **PLAINTIFFS' SHOW OF CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION AS TO GEOFFREY K. AUYEUNG AND A & A ENERGY, OIL AND GAS, LLC.** |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | GEOFFREY K. AUYEUNG, an individual; SEA FOREST INTERNATIONAL, LLC; a Washington limited liability company; NAVIGATOR ENERGY LOGISTICS, LLC, a Washington limited liability company; TERMINAL LOGISTICS INTERNATIONAL ESCROW SERVICE, LLC, a Washington limited liability company; APEX OIL AND GAS TRADING, LLC, a Washington limited liability company; ANTONIO TREVINO MARTINEZ, an individual; A&A ENERGY, OIL AND GAS, LLC, a Florida limited liability company; PEDRO VICENTE SAN JUAN, an individual; EDUARDO MARTIN ALMADA, an individual; and DOES 1-10, inclusive, | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |
| 25 | | |

26
27
28

PLAINTIFFS' SHOW OF CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

1    Pursuant to the Court's Order to Show Cause re: Dismissal for Lack of
2 Prosecution as to Geoffrey K. Auyeung and A & A Energy, Oil and Gas, LLC., dated
3 January 7, 2025, Gerard P. Fox, Attorney for Plaintiffs Sun Bright Assets N.V. and
4 Sun Bright (USA) Inc., submits this response as to why this action should not be
5 dismissed. Due to the current state of emergency in Los Angeles, California as a
6 result of the ongoing Palisades, Hollywood, and Eaton fires and their unprecedented
7 destruction, Attorney for Plaintiffs Sun Bright Assets N.V. and Sun Bright (USA)
8 Inc., Gerard P. Fox, respectfully requests another week to file an Entry of Default.
9 As a result of the unprecedented destruction and toxic air quality surrounding our
10 Los Angeles office and the homes of several of our employees, Gerard Fox Law P.C.
11 has temporarily closed its office and slowed it operations to ensure the continued
12 safety of our staff. Operations are set to resume on Tuesday, January 21, 2025.
13    As of today's date, all U.S.-based Defendants have been personally served via
14 Registered Agent Geoffrey K. Auyeung. With the Court's permission, our office will
15 file an application requesting the entry of default as to Geoffrey K. Auyeung and A
16 & A Energy, Oil and Gas, LLC. or file an amended petition compliant with Rule 55
17 of the Federal Rules of Civil Procedure upon return to full and normal operations.

Date: January 15, 2025                          GERARD FOX LAW, P.C.

                                                 */s/ Gerard P. Fox*
                                                 GERARD P. FOX
                                                 Attorney for Plaintiffs
                                                 Sun Bright Assets N.V.
                                                 & Sun Bright (USA) Inc.

1
PLAINTIFFS' SHOW OF CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

# PROOF OF SERVICE

I, Adriana Diaz, am employed in the County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the above-mentioned matter. My business address is: Gerard Fox Law P.C., 1880 Century Park East, Suite 1410, Los Angeles, CA 90067. On January 15, 2024, I served the following documents, described as: **PLAINTIFFS' SHOW OF CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION AS TO GEOFFREY K. AUYEUNG AND A & A ENERGY, OIL AND GAS, LLC.** on the person(s) listed in the attached Service List. The document was served by the following means:

| | |
|---|---|
| ☒ | **By United States mail**. I enclosed the document in a sealed envelope or package addressed to the people listed in the attached Service List and placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| ☐ | **By electronic service**: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in the attached Services List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: January 15, 2025                    */s/ Adriana Diaz*
                                          Adriana Diaz

2
PLAINTIFFS' SHOW OF CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

# SERVICE LIST

| | |
|---|---|
| Geoffrey K. Auyeung<br>6646 136th Ct SE<br>Newcastle, WA 98059, United States | Defendant Geoffrey K. Auyeung |
| Sea Forest International, LLC<br>Registered Agent: Geoffrey K. Auyeung<br>6646 136th Ct SE<br>Newcastle, WA 98059, United States | Defendant Sea Forest International, LLC |
| Navigator Energy Logistics, LLC<br>Registered Agent: Geoffrey K. Auyeung<br>6646 136th Ct SE<br>Newcastle, WA 98059, United States | Defendant Navigator Energy Logistics, LLC |
| Terminal Logistics International Escrow Service, LLC<br>Registered Agent: Geoffrey K. Auyeung<br>6646 136th Ct SE<br>Newcastle, WA 98059, United States | Defendant Terminal Logistics International Escrow Service, LLC |
| Apex Oil and Gas Trading, LLC<br>Registered Agent: Geoffrey K. Auyeung<br>6646 136th Ct SE<br>Newcastle, WA 98059, United States | Defendant Apex Oil and Gas Trading, LLC |
| A&A Energy, Oil And Gas, LLC<br>Registered Agent: RCG Accounting & Associates Inc<br>9000 Sheridan Street, Suite 138<br>Pembroke Pines, FL 33024 | Defendant A&A Energy, Oil and Gas, LLC |
| Eduardo Martin Almada<br>Province of Buenos Aires, Capital Federal, Calle Bacacay 2544 apartment N° 38; Republic of Argentina<br>almadamartin140@gmail.com | Defendant Eduardo Martin Almada |
| Pedro Vicente San Juan<br>C/ Zurbano 10 3ºIZ, Madrid – 28010, Spain<br>pvsanjuan@gmail.com | Defendant Pedro Vicente San Juan |
| Antonio Trevino Martinez<br>Camino De Los Quetzales 528<br>Monterrey, MX 64634 MX<br>info@aaenergyoilandgas.com | Defendant Antonio Trevino Martinez |