GERARD P. FOX (SBN 151649)
gfox@gerardfoxlaw.com
**GERARD FOX LAW P.C.**
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone:   (310) 441-0500
Facsimile:   (310) 441-4447

Attorney for Plaintiffs
*Sun Bright Assets N.V.*
*& Sun Bright (USA) Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN BRIGHT ASSETS N.V., a Netherlands limited liability company; and SUN BRIGHT (USA) Inc., a Delaware corporation,<br><br>         Plaintiffs,<br><br>   v.<br><br>GEOFFREY K. AUYEUNG, an individual; SEA FOREST INTERNATIONAL, LLC; a Washington limited liability company; NAVIGATOR ENERGY LOGISTICS, LLC, a Washington limited liability company; TERMINAL LOGISTICS INTERNATIONAL ESCROW SERVICE, LLC, a Washington limited liability company; APEX OIL AND GAS TRADING, LLC, a Washington limited liability company; ANTONIO TREVINO MARTINEZ, an individual; A&A ENERGY, OIL AND GAS, LLC, a Florida limited liability company; PEDRO VICENTE SAN JUAN, an individual; EDUARDO MARTIN ALMADA, an individual; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No. 2:24-cv-10249-MWC-BFM<br><br>Hon. Judge Michelle Williams Court, Dept. 6A<br><br>**APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT A AND A ENERGY, OIL AND GAS, LLC.** |

PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiffs Sun Bright Assets N.V. and Sun Bright (USA) Inc., by and through their undersigned counsel, Gerard P. Fox, hereby request that that the Clerk enter the default of the following Defendant for failure to appear, plead or otherwise defend against this action in a timely manner: A and A Energy, Oil and Gas, LLC.

**Defendant A and A Energy, Oil and Gas, LLC.**

1. As evidenced by the updated proof of service on file with this Court (ECF No. 24), the above-named Defendant was personally served with the Summons, Complaint, and other case initiating documents via authorized agent for service, RCG Accounting & Associates Inc., pursuant to Rule 4 of the Federal Rules of Civil Procedure on December 9, 2024.

2. The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on December 30, 2024.

This application for entry of default is based on the attached Declaration of Counsel for Plaintiff, Gerard P. Fox, as to the default of the above-listed Defendant for failure to appear, plead or otherwise defend against this action in a timely manner.

Date: February 10, 2025          **GERARD FOX LAW, P.C.**

　　　　　　　　　　　　　　　　　　 */s/ Gerard P. Fox*
　　　　　　　　　　　　　　　　　　 GERARD P. FOX
　　　　　　　　　　　　　　　　　　 Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　 *Sun Bright Assets N.V.*
　　　　　　　　　　　　　　　　　　 *& Sun Bright (USA) Inc.*

1
PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT

## DECLATION OF GERARD P FOX

I, Gerard P. Fox, state and declare as follows:

1. I am the founding partner and owner of Gerard Fox Law, P.C. ("GFL") and an attorney duly licensed to practice law in the State of California and admitted to practice before this court. I make this declaration in support of Plaintiff's Application for Entry of Default Judgment by Court of my own personal knowledge and could and would so testify, if called.

2. The Court issued a summons in the above-captioned matter on November 26, 2024 (ECF No. 8, Summons).

3. Defendant was personally served on December 9, 2024, as evidenced by the proof(s) of service on file with this Court and affixed to this Declaration (ECF Nos. 12 and 24, Proof of Service).

4. Under Rule 12(a)(4), Defendant was required to have appeared, plead or otherwise respond to the complaint within 21 days of each respective service, by December 30, 2024.

5. On January 7, 2025, the Court issued an Order to Show Cause re: Dismissal for Lack of Prosecution as to Geoffrey K. Auyeung and A and A Energy, Oil and Gas, LLC. for overdue responses (ECF No. 17, Order to Show Cause).

6. In response to the Court's Order to Show Cause, Plaintiffs confirmed that all U.S.-based Defendants had been personally served and with the Court's permission, we would be filing an application requesting the entry of default as to Geoffrey K. Auyeung and A & A Energy, Oil and Gas, LLC. or file an amended petition compliant with Rule 55 of the Federal Rules of Civil Procedure upon return to normal business operations following the recent Los Angeles wildfires (ECF No. 18, Response to Order to Show Cause).

//

7. On January 16, 2025, the Court issued an Order continuing the Order to Show Cause for Lack of Prosecution to February 3, 2025 (ECF No. 19, Order Continuing Order to Show Cause).

8. Plaintiffs filed an Application for the Court Clerk to Enter Default against Defendant A and A Energy, Oil and Gas, LLC on January 30, 2025, (ECF No. 21); and on January 31, 2025, the Court issued a Notice of Deficiency Re: Application for Clerk to Enter Default against Defendant A and A Energy, Oil and Gas, LLC. because the proof of service did not state if RCG Accounting & Associates is the authorized agent for service (ECF No. 22, Notice of Deficiency).

9. Having been promptly informed of this deficiency, our service of process provided an updated proof of service on February 10, 2025, on file with this Court and affixed to this Declaration (ECF No. 24, Proof of Service), which includes proof from the Florida Department of State's Division of Corporations' official registry for A and A Energy, Oil and Gas, LLC., citing RCG Accounting & Associates as the authorized agent for service.

10. To date, all U.S.-based Defendants have made an appearance and plead through their retained counsel, Mark Mermelstein, except for A Energy, Oil and Gas, LLC. Defendant has failed to appear, serve or file a pleading or otherwise respond to the complaint. Additionally, I nor my office have received any courtesy notices or correspondence from any retained counsel on behalf of A and A Energy, Oil and Gas, LLC. As such, the time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court. The applicable time limit for responding to the complaint has therefore expired.

11. Defendant is not a minor or incompetent person. Defendant is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 10th day of February 2025, in Los Angeles, California.

**GERARD FOX LAW, P.C.**

*/s/ Gerard P. Fox*
GERARD P. FOX
Attorney for Plaintiffs
*Sun Bright Assets N.V.*
*& Sun Bright (USA) Inc.*

**PROOF OF SERVICE**

I, Adriana Diaz, am employed in the County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the above-mentioned matter. My business address is: Gerard Fox Law P.C., 1880 Century Park East, Suite 1410, Los Angeles, CA 90067. On February 10, 2025, I served the following documents, described as: **PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT** on the person(s) listed in the attached Service List. The document was served by the following means:

| | |
|---|---|
| ☐ | **By United States mail**. I enclosed the document in a sealed envelope or package addressed to the people listed in the attached Service List and placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| ☒ | **By electronic service**: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in the attached Services List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: February 10, 2025            */s/ Adriana Diaz*
                                              Adriana Diaz

| | |
|---|---|
| **SERVICE LIST** | |
| MARK MERMELSTEIN<br>mmermelstein@holmesathey.com<br>bmendoza@holmesathey.com<br>mamer@holmesathey.com<br>HOLMES, ATHEY, COWAN AND MERMELSTEIN LLP<br>811 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90017<br>213-985-2200<br>Fax: 213-973-6282 | *Counsel for Defendant Geoffrey K. Auyeung* |
| MARK MERMELSTEIN<br>mmermelstein@holmesathey.com<br>bmendoza@holmesathey.com<br>mamer@holmesathey.com<br>HOLMES, ATHEY, COWAN AND MERMELSTEIN LLP<br>811 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90017<br>213-985-2200<br>Fax: 213-973-6282 | *Counsel for Defendant Sea Forest International, LLC* |
| MARK MERMELSTEIN<br>mmermelstein@holmesathey.com<br>bmendoza@holmesathey.com<br>mamer@holmesathey.com<br>HOLMES, ATHEY, COWAN AND MERMELSTEIN LLP<br>811 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90017<br>213-985-2200<br>Fax: 213-973-6282 | *Counsel for Defendant Navigator Energy Logistics, LLC* |
| MARK MERMELSTEIN<br>mmermelstein@holmesathey.com<br>bmendoza@holmesathey.com<br>mamer@holmesathey.com<br>HOLMES, ATHEY, COWAN AND MERMELSTEIN LLP<br>811 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90017<br>213-985-2200<br>Fax: 213-973-6282 | *Counsel for Defendant Terminal Logistics International Escrow Service, LLC* |

| | |
|---|---|
| MARK MERMELSTEIN<br>mmermelstein@holmesathey.com<br>bmendoza@holmesathey.com<br>mamer@holmesathey.com<br>HOLMES, ATHEY, COWAN AND MERMELSTEIN LLP<br>811 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90017<br>213-985-2200<br>Fax: 213-973-6282 | *Counsel for Defendant Apex Oil and Gas Trading, LLC* |
| A&A Energy, Oil And Gas, LLC<br>Registered Agent: RCG Accounting & Associates Inc.<br>9000 Sheridan Street, Suite 138<br>Pembroke Pines, FL 33024 | Defendant A&A Energy, Oil and Gas, LLC |
| Eduardo Martin Almada<br>almadamartin140@gmail.com<br>Province of Buenos Aires, Capital Federal, Calle Bacacay 2544 apartment N° 38; Republic of Argentina | Defendant Eduardo Martin Almada |
| Pedro Vicente San Juan<br>pvsanjuan@gmail.com<br>C/ Zurbano 10 3ºIZ, Madrid – 28010, Spain | Defendant Pedro Vicente San Juan |
| Antonio Trevino Martinez<br>info@aaenergyoilandgas.com<br>Camino De Los Quetzales 528<br>Monterrey, MX 64634 MX | Defendant Antonio Trevino Martinez |

# EXHIBIT – A –

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**GERARD P. FOX (SBN 151649)**<br>**GERARD FOX LAW P.C.**<br>**1880 Century Park East, Suite 1410**<br>**Los Angeles, CA 90067**<br>   TELEPHONE NO.: **(310) 441-0500**    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>   ATTORNEY FOR *(Name)*: **SUN BRIGHT ASSETS N.V., ET AL.** | *FOR COURT USE ONLY* |
|---|---|
| **United States District Court, Central District of California**<br>   STREET ADDRESS: **255 East Temple St.**<br>   MAILING ADDRESS: **255 East Temple St.**<br>   CITY AND ZIP CODE: **Los Angeles 90012**<br>   BRANCH NAME: **Edward R. Roybal Federal Building** | |
| PLAINTIFF/PETITIONER: **SUN BRIGHT ASSETS N.V., ET AL.**<br>DEFENDANT/RESPONDENT: **GEOFFREY K. AUYEUNG, ET AL.** | CASE NUMBER:<br>**2:24-CV-10249** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**4519.006** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **SUMMONS; COMPLAINT; CIVIL COVER SHEET; ORDER RETURNING CASE FOR REASSIGNMENT; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; EXHIBITS**

3. a. Party served *(specify name of party as shown on documents served)*:
   **A&A Energy, Oil And Gas, LLC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
   **A&A Energy, Oil And Gas, LLC**

4. Address where the party was served:
   **9000 Sheridan St Ste 138, 101, Pembroke Pines, FL 33024**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **12/09/2024** at *(time)*: **4:59 PM**

   b. [ ] **by substituted service.** On *(date)*:           at *(time)*:           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:           from *(city)*:           **or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

BY FAX

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10
Tracking #: 0157708067

REF: **4519.006**

| PLAINTIFF/PETITIONER: SUN BRIGHT ASSETS N.V., ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: GEOFFREY K. AUYEUNG, ET AL. | 2:24-CV-10249 |

   c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                  (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.

   b. ☐ as the person sued under the fictitious name of *(specify):*

   c. ☐ as occupant.

   d. ☒ On behalf of *(specify)*   **A&A Energy, Oil And Gas, LLC c/o RCG Accounting & Associates Inc**

      under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                                          ☐ other:

7. **Person who served papers**

   a. Name:                **Micaela Posedente**
   b. Address:            **621 Nw 89th Terrace, Pembroke Pines, FL 33024**
   c. Telephone number:   **786-439-8556**
   d. The fee for service was: **$ 170.64**
   e. I am:

      (1) ☒ not a registered California process server.

      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

      (3) ☐ registered California process server:
          (i) ☐ owner   ☐ employee   ☐ independent contractor.   For:

          (ii) ☐ Registration No.:                 Registration #:

          (iii) ☐ County:                          County:

BY FAX

Page 2 of 3

POS-010 [Rev. January 1, 2007]           **PROOF OF SERVICE OF SUMMONS**           Tracking #: **0157708067**


REF: **4519.006**



8. [X]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ]  **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 02/06/2025

**Micaela Posedente**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

REF: **4519.006**   PROOF OF SERVICE OF SUMMONS   Tracking #: **0157708067**



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Limited Liability Company
A&A ENERGY, OIL AND GAS, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L18000160991 |
| **FEI/EIN Number** | 30-1102584 |
| **Date Filed** | 07/02/2018 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 10/08/2024 |

**Principal Address**

9000 Sheridan Street
Suite 138
Pembroke Pines, FL 33024

Changed: 10/06/2023

**Mailing Address**

9000 Sheridan Street
Suite 138
Pembroke Pines, FL 33024

Changed: 10/06/2023

**Registered Agent Name & Address**

RCG ACCOUNTING & ASSOCIATES INC

9000 Sheridan Street
Suite 138
Pembroke Pines, FL 33024

Name Changed: 10/06/2023

Address Changed: 10/06/2023

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

TREVINO MARTINEZ, ANTONIO
CAMINO DE LOS QUETZALES 528
MONTERREY, MX 64634 MX

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2022 | 10/06/2022 |
| 2023 | 10/06/2023 |
| 2024 | 10/08/2024 |